The People of the State of Illinois, defendant in error, v. Lovey Andrews, plaintiff in error. Gen. No. 34,041.

Opinion filed April 22, 1930.

W. G. Anderson, for plaintiff in error. · John A. Swanson, State's Attorney, for defendant in error; Edward E. Wilson and John Holman, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

Arthur M. Glatt and Leslie M. Price, trading as Glatt & Price, appellees, v. Hugo Anderson, appellant. Gen. No. 33,771.

Opinion filed April 22, 1930. Rehearing denied May 5, 1930.

Deneen, Healy & Lee, for appellant; Harry W. Lippincott and Donald N. Schaffer, of counsel. Mayer, Meyer, Austrian & Platt, for appellees; David F. Rosenthal and Frank D. Mayer, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

Adams Clark Building Corporation, appellee, v. Ernest A. Jackson and Richard S. Morris, appellants. Gen. No. 33,819.

Opinion filed April 22, 1930.

Newby & Murphy, for appellants; John K. Murphy and Geo. M. Burditt, of counsel. Tenney, Harding, Sherman & Rogers, for appellee; Roger Sherman and S. Ashley Guthrie, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

Frank J. Hopkins, appellee, v. Thomas J. Houston et al., appellants. Gen. No. 33,852.

Opinion filed April 22, 1930. Rehearing denied May 5, 1930.

Samuel A. Ettelson, Corporation Counsel and Francis J. Vurpillat, Assistant Corporation Counsel, for appellants. No appearance for appellee.

Mr. Justice Gridley delivered the opinion of the court.